# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| , GREGORY L. DONALD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 05-0226-CV-W-NKL-P |
| ) | |
| STEVE MOORE, ) | |
| ) | |
| Respondent. ) | |

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☐ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:this case is dismissed as set out. (NKL)(dw)

Entered on: 5/20/05

P.L. BRUNE
CLERK OF COURT


D.M. WEINZERL
(By) Deputy Clerk